UNITED STATES
EIGHTH CIRCUIT COURT OF APPEALS

DEAR HON. CLERK,

PLEASE BE ADVISED THAT I AM THE DEFENDANT IN THE CASE TITLED: <u>UNITED STATES OF AMERICA v. AARON WILLIAMS</u>

I AM RESPECTFULLY REQUESTING THAT THIS DOCUMENT IS ACCEPTED AS A 'MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE A CERTIFICATE OF APPEALABILITY DUE TO IN-TRANSIT STATUS.'

THE DEFENDANT IS IN TRANSIT AND IS NOW IN FTC OKLAHOMA AWAITING TRANSPORTATION TO A NEW INSTITUTION; THEREFORE, THE PETITIONER-DEFENDANT RESPECTFULLY REQUEST A 30 DAY EXTENSION OF TIME.

RESPECTFULLY,

DATE: 18 DEC 2013

Aaron Williams PRO SE'
AARON WILLIAMS

RECEIVED
DEC 26 2013
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

NAME: Aaron Williams
REG# 4572742
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

OKLAHOMA CITY OK 730
23 DEC 2013 PM 4 L

US CLERK OF COURT
111 SOUTH TENTH ST.
Room 24.329
ST. LOUIS, MD 63102

LEGAL MAIL



LEGAL MAIL

United States Court of Appeals
For the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street
St. Louis, Missouri
63102

Michael E. Gans
Clerk of Court

Voice (314) 244-2400
Fax (314) 244-2780
http://www.ca8.uscourts.gov

December 26, 2013

Mr. James Woodward, Clerk
U.S. District Court
3rd Floor
111 S. 10th Street
St. Louis, MO 63102

Case: Aaron Williams v. United States
District Court Case Number: 4:12-cv-00252-CDP

Dear Mr. Woodward:

    Enclosed for processing by your office is a Notice of Appeal that was forwarded to this court by Mr. Aaron Williams. The notice should be filed in the district court as of the dated received by this office, December 26, 2013.

Sincerely

Michael E. Gans
Clerk of Court

bdg

Mr. Aaron Williams
#40727-424
Federal Transfer Center
P.O. Box 898801
Oklahoma City, OK 73189

**RECEIVED**
DEC 27 2013
**BY MAIL**

Mr. James Woodward, Clerk
U.S. District Court
3rd Floor
111 S. 10th Street
St. Louis, MO 63102